UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SONYA J. RIDENHOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CV1063 HEA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on former Commissioner Carolyn W. Colvin=s Motion to Reverse and Remand. No opposition to the motion has been filed. For the reasons set forth in the motion, the Court agrees that the decision of the Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. ' 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 2nd day of February, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE